**United States Bankruptcy Court**
**Eastern District of Tennessee, Northern Division**

**IN RE:**                                                            Case No. _____

**Regal Petroleum Company, Inc.**                           Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Scott Smith**<br>**307 N Weisgarber Rd**<br>**Knoxville, TN  37919-4015** | **250** | **Common Stockholder** |
| **Stephen Smith**<br>**6745 Bonneville Dr**<br>**Knoxville, TN  37931-2504** | **250** | **Common Stockholder** |
| **Wilma Smith**<br>**950 Cherry Rd Apt 149**<br>**Memphis, TN  38117-5438** | **250** | **Common Stockholder** |