| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Regal Petroleum Company, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TENNESSEE, NORTHERN DIVISION** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Heil Trailer<br>3808 Bells Ln<br>Louisville, KY 40211-2151 | | **Leases** | | | | **$18,000.00** |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | **Payroll Taxes** | | | | **$700,000.00** |
| Kentucky Department of Revenue<br>501 High St<br>Frankfort, KY 40601-2103 | | **Payroll Taxes** | | | | **$100,000.00** |
| Knox County Trustee<br>PO Box 70<br>Knoxville, TN 37901-0070 | | **Property Taxes** | | | | **$10,233.82** |
| Merchant Cash & Capital<br>460 Park Ave S Fl 10<br>New York, NY 10016-7315 | | **Loan** | | | | **$45,000.00** |
| Palmer Leasing<br>2575 Tobey Dr<br>Indianapolis, IN 46219-1415 | | **Leases** | | | | **$15,000.00** |

Debtor **Regal Petroleum Company, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Post Trailer Repairs, Inc.** 1905 Sutherland Ave Knoxville, TN 37921-5807 | | **Leases** | | | | $15,000.00 |
| **Vinland Energy** 2704 Old Rosebud Rd Ste 320 Lexington, KY 40509-8631 | | **Vendor** | | | | $200,000.00 |
| **Webb Trailer** PO Box 907 Catlettsburg, KY 41129-0907 | | **Repairs** | | | | $6,000.00 |
| **Worldwide Equipment** 107 WE Dr Prestonsburg, KY 41653-8809 | | **Leases** | | | | $150,000.00 |