10:59 AM
12/12/16
Accrual Basis

# Regal Petroleum Company, Inc
## Profit & Loss
### January through October 2016

|  | Jan - Oct 16 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 500000 · Sales | 27,982,598.81 |
| **Total Income** | 27,982,598.81 |
| **Cost of Goods Sold** | |
| 550000 · Cost of Goods Sold | 24,222,035.87 |
| **Total COGS** | 24,222,035.87 |
| **Gross Profit** | 3,760,562.94 |
| **Expense** | |
| 000001 · Ask My Accountant | 47,000.00 |
| 620000 · Automobile Expense - Gas | 17,464.77 |
| 640000 · Bank Service Charges | 9,038.00 |
| 660000 · Comdata Access Fee | 325.00 |
| 690000 · Dues and Subscriptions | 485.00 |
| 700000 · Equipment Expense | 3,190.00 |
| 705000 · Fines and Violations | 1,018.40 |
| 710000 · Insurance | |
|    712500 · Employee Insur Reimbursement | 16,380.00 |
|    711000 · Insurance - General | 288,307.18 |
|    712000 · Insurance - Group Health | 262,130.58 |
|    713000 · Insurance - Life/Disability | 8,233.30 |
|    710000 · Insurance - Other | 0.00 |
| **Total 710000 · Insurance** | 575,051.06 |
| 720000 · Interest - Loans | |
|    721000 · Loan expense | 5,493.00 |
|    720000 · Interest - Loans - Other | 287,421.58 |
| **Total 720000 · Interest - Loans** | 292,914.58 |
| 730000 · Leases | |
|    737200 · JB&B Capital, LLC | 7,178.06 |
|    736000 · Lease World Energy (WE) | 1,105,889.90 |
|    731000 · Heil Lease Number 1 | 15,000.00 |
|    732000 · Lease on Weisgarber | 20,079.40 |
|    735000 · Truck Lease -Kenworth - KY | 18,740.44 |
| **Total 730000 · Leases** | 1,166,887.80 |
| 740000 · Licenses and Permits | 1,829.12 |
| 750000 · Meals & Entertainment | 4,972.93 |
| 760000 · Miscellaneous | 16,100.00 |
| 770000 · Office | |
|    771000 · Office Expense | 10,029.50 |
|    772000 · Postage and Delivery | 4,000.00 |
|    773000 · Supplies | 3,745.33 |
|    770000 · Office - Other | 12,399.14 |
| **Total 770000 · Office** | 30,173.97 |
| 780000 · Payroll | |
|    784100 · FICA expense | 134,141.94 |
|    782500 · KY Unemployment | 9,471.35 |
|    781000 · FUTA | 2,036.34 |
|    782000 · TN Unemployment | 232.67 |
|    783000 · Wages | 1,760,942.41 |
|    784000 · Payroll Expenses | 69,223.00 |
| **Total 780000 · Payroll** | 1,976,047.71 |
| 790000 · Professional Fees | |
|    791000 · Accounting | 7,172.65 |
|    792000 · Legal Fees | 6,215.00 |

10:59 AM
12/12/16
Accrual Basis

# Regal Petroleum Company, Inc
# Profit & Loss
## January through October 2016

|  | Jan - Oct 16 |
|---|---:|
| Total 790000 · Professional Fees | 13,387.65 |
| **800000 · Repairs & Maintenance** | |
| 802000 · Facility Maintenance | 420.00 |
| 805000 · Truck Repairs | 18,363.09 |
| 806000 · Repairs | 12,991.66 |
| 800000 · Repairs & Maintenance - Other | 105,601.63 |
| Total 800000 · Repairs & Maintenance | 137,376.38 |
| **820000 · Taxes** | |
| 824000 · KY State Taxes | 1,325.93 |
| 821000 · Property Taxes | 5,790.00 |
| 820000 · Taxes - Other | 3,090.83 |
| Total 820000 · Taxes | 10,206.76 |
| 830000 · Telephone | 41,101.51 |
| 850000 · Utilities | 14,609.95 |
| **Total Expense** | 4,359,180.59 |
| **Net Ordinary Income** | -598,617.65 |
| **Net Income** | -598,617.65 |