**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**NORTHERN DIVISION**

IN RE:

REGAL PETROLEUM COMPANY, INC.　　　　　　No. 3:16-bk-33660-SHB
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 11
　　Debtor.

### AFFIDAVIT OF KEITH L EDMISTON

STATE OF TENNESSEE
COUNTY OF KNOX

The affiant, being over the age of eighteen (18) and otherwise competent to testify, deposes and says from his personal knowledge as follows:

1.　Affiant is Keith L. Edmiston.

2.　Affiant is licensed to practice law in the State of Tennessee and is admitted to practice in this Court.

3.　To the best of my knowledge, I do not hold any interest adverse to the estate and am a disinterested person with the meaning of 11 U.S.C. § 101(14).

4.　I was retained by the Debtor to review and analyze legal matters and render advice on the filing and maintenance of a Chapter 11 proceeding on behalf of the Debtor.

5.　Prior to the petition being filed, I received $1,717.00 for payment of the filing fee and $2,275.00 in compensation for prepetition services, leaving $6,008 held in trust for post-petition fees and expenses.

　　FURTHER AFFIANT SAITH NOT.

_____
Keith L. Edmiston
EDMISTON FOSTER
P. O. Box 30782
Knoxville, TN 37930
(865) 248-6038
keith.edmiston@edmistonfoster.com

Dated: December 12, 2016

STATE OF TENNESSEE
COUNTY OF KNOX

Appeared before me, the undersigned, a notary public in and for the state and county aforesaid, Keith L. Edmiston, with whom I am personally acquainted or who proved to me his identity by satisfactory evidence, and who, after being duly sworn according to law, testified that the statements in the foregoing affidavit are true and correct to the best of his knowledge, information and belief.

_____
NOTARY PUBLIC

My commission expires: 09/29/2018